UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>    Plaintiff<br><br>v.<br><br>IKES ARTISAN PIZZA, L.L.C.<br>and ISAAC MARTIN AUSMUS,<br><br>    Defendants | **COMPLAINT**<br>(Injunctive Relief Sought) |

This cause of action, which arises under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, hereinafter the Act or the FLSA, is brought by the Secretary of Labor to restrain Defendants, Ikes Artisan Pizza, L.L.C. and Isaac Martin Ausmus, from retaliating against employees in violation of Section 15(a)(3) of the Act, 29 U.S.C. § 215(a)(3). As described more fully below, an employee of the Defendants' restaurant, Amber Roberts, was terminated for exercising her statutorily protected right of speaking to the Kentucky Labor Cabinet about her wages. The Secretary also seeks legal relief related to the Defendants' unlawful actions.

**JURISDICTION AND VENUE**

1. This court has jurisdiction over this action pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, and 28 U.S.C. §§ 1331 and 1345.

2. Venue is proper in the U.S. District Court for the Eastern District of Kentucky, Southern Division at London, because a substantial part of the events giving rise to the claim occurred in this judicial district, as detailed herein.

## PARTIES

3. Plaintiff Martin J. Walsh, Secretary of Labor, U.S. Department of Labor, is authorized to bring actions to restrain violations of the anti-retaliation provision and other provisions of the FLSA. *See* 29 U.S.C. §§ 211(a), 216(b), and 217.

4. Ikes Artisan Pizza, L.L.C. is a limited liability company organized under the laws of the Commonwealth of Kentucky with a principal office at 1910 Cumberland Ave., Middlesboro, Kentucky 40965, and place of business located at 2020 Cumberland Ave., Middlesboro, Kentucky 40965. Ikes Artisan Pizza, L.L.C. operates a restaurant called "Ike's Artisan Pizza" in Bell County, Kentucky.

5. Defendant Isaac Martin Ausmus is the managing member of Defendant Ikes Artisan Pizza, L.L.C.

## FACTS GIVING RISE TO THE ACTION

6. Amber Roberts was employed by Defendant Ikes Artisan Pizza, L.L.C. as a server at the restaurant in Bell County, Kentucky. At the time of her termination, she had been employed by Defendant Ikes Artisan Pizza, L.L.C. for approximately six months.

7. In July 2022, Ms. Roberts contacted the Kentucky Labor Cabinet regarding concerns about her wages.

8. On or about July 18, 2022, Ms. Roberts worked her shift at Ike's Artisan Pizza. During that shift, she mentioned to shift supervisor, Mr. Jagger McCudden, that she recently contacted the Kentucky Labor Cabinet regarding her paycheck.

9. At the end of her shift, Ms. Roberts noticed that her upcoming shifts were not listed on the restaurant's scheduling program. Concerned about this, she inquired with Defendant Isaac Martin Ausmus why she had been taken off the schedule.

2

10. Mr. Ausmus told Ms. Roberts that he had heard that she had placed a call to the Kentucky Labor Cabinet. Mr. Ausmus expressed dissatisfaction with the fact that Ms. Roberts called the Kentucky Labor Cabinet, and he told her that she would not be able to work for him or any of his other companies. Mr. Ausmus discharged Ms. Roberts from her employment with Ikes Artisan Pizza, L.L.C.

## FIRST CAUSE OF ACTION

**(Violation of the Anti-Retaliation Provision of the FLSA)**

11. Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), prohibits retaliation against employees because they assert their rights under the FLSA. The provision prohibits, among other things, "any person" from "discharg[ing] or in any other manner discriminat[ing] against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or is about to testify in any such proceeding …" 29 U.S.C. § 215(a)(3). Section 17 of the FLSA, 29 U.S.C. § 217, grants courts jurisdiction, for cause shown, to restrain violations of Section 15(a)(3) of the FLSA.

12. Ms. Roberts's inquiry to the Kentucky Labor Cabinet was a statutorily protected activity under Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3).

13. Defendant Isaac Martin Ausmus discharged Ms. Roberts in retaliation for her exercise of a statutorily protected right in violation of Section 15(a)(3). Specifically, Mr. Ausmus terminated Ms. Roberts because she contacted the Kentucky Labor Cabinet regarding her pay.

## PRAYER FOR RELIEF

WHEREFORE, cause having been shown, the Secretary prays that this Court enter judgment against Defendants and provide the following relief:

a. An order issued pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with Defendants, from violating the provisions of Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), by taking any adverse action or threatening to take any adverse action against any current or former employee because that employee engaged in activity protected by the FLSA;

b. An order awarding damages for the lost wages that Amber Roberts would have earned had she continued to work for Defendant Ikes Artisan Pizza, L.L.C.;

c. An award of liquidated damages equal to Amber Roberts's lost wages;

d. An award of damages for mental and emotional distress caused to Amber Roberts as a result of her unlawful discharge;

e. An award of damages equal to any expenses Amber Roberts incurred in searching for a new job or relocating to find a new job;

f. An award of punitive damages for the unlawful discharge of Amber Roberts; and

      g .    An order awarding any other legal or equitable relief as may be appropriate to effectuate the purposes of Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3).

      Respectfully submitted,

      SEEMA NANDA
      Solicitor of Labor

      TREMELLE I. HOWARD
      Regional Solicitor

      SCHEAN G. BELTON
      Associate Regional Solicitor

      MATT S. SHEPHERD
      Counsel for Wage and Hour

POST OFFICE ADDRESS:

Office of the Solicitor
U. S. Department of Labor
618 Church Street, Suite 230
Nashville, Tennessee 37219
Telephone: 615/781-5331
Facsimile: 615/781-5321
Motzny.Thomas.J@dol.gov
Nash.FedCourt@dol.gov

      /s/ Thomas J. Motzny
      THOMAS J. MOTZNY
      Attorney

      U.S. Department of Labor
      Attorneys for Plaintiff